## No. 8241.

LOUISIANA C. FERGUSON VS. DR. ALCÉE CHASTANT.

Prescription does not run against an action to annul a judgment not signed. Nor can such judgment be the foundation for a plea of res adjudicata.

Where the executor of an estate and tutor of the minor heir thereto files one account, as executor and tutor combined, and secures its approval by the minor emancipated on the day of, or day before its homologation, without affording the legal time and opportunity for an examination of the vouchers, the homologation of the account will be annulled. Where the Judge a quo, after decreeing the nullity of the order of homologation, declines to pass on the various alleged errors in the account, this Court cannot consider the same and proceed to fix the amount of the liability of the accountant. The District Judge should, however, have passed on all the issues raised by the pleadings, and relegated the plaintiff to a new proceeding. Judgment amended and case remanded.

APPEAL from the Civil District Court for the Parish of Orleans. Monroe, J.

J. Q. A. Fellows for Plaintiff and Appellee.

Jerome Meunier and Chas. F. Claiborne for Defendant and Appellant.

The opinion of the Court was delivered by TODD, J.